IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| HICA EDUCATION LOAN CORP., | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 13-1894-SLR/SRF ) |
| JILL E. MACKEY, | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 2nd day of January, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on December 12, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 14) is adopted.

2. Plaintiff's motion for default judgment (D.I. 10) is denied without prejudice to renew upon resolution of the bankruptcy proceedings and termination of the automatic stay.

IT IS FURTHER ORDERED that the case is administratively closed pending resolution of the bankruptcy proceedings, termination of the automatic stay, and to the extent such claims against the defendant have not been adjudicated and/or discharged in the bankruptcy proceedings.

_____
United States District Judge